Roger J. McConkie (5513)
James W. McConkie (8614)
PRINCE, YEATES & GELDZAHLER
175 East 400 South, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 524-1000
Electronic Mail: rjm@princeyeates.com
jwm@princeyeates.com

Attorneys for Roger J. McConkie,
Receiver for Madison Real Estate Group, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROGER J. McCONKIE, RECEIVER FOR MADISON REAL ESTATE GROUP, LLC AND ITS RELATED ENTITIES,<br><br>Plaintiff,<br><br>vs.<br><br>RICE PROPERTIES, LARRY RICE, an individual, MATHEW SEFCIK, an individual, QUEST REAL ESTATE, ELLIE BELVILLE, an individual, and TRANS LENDING CORPORATION,<br><br>Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION FOR 54(b) CERTIFICATION OF DEFAULT JUDGMENT AGAINST DEFENDANT TRANS LENDING CORPORATION AS FINAL**<br><br>Case No. 2:09cv00275<br>**Judge Clark Waddoups** |

The court, having reviewed Plaintiff's Motion for 54(b) Certification of Default Judgment Against Defendant Trans Lending Corporation as Final (the "Motion"), and its supporting Memorandum, and based thereon and for good cause showing,

HEREBY ORDERS AND FINDS as follows:

1. the Motion is GRANTED;

2. the Default Judgment Order dated February 5, 2010 is FINAL; and

3. there is no just reason to delay entry of the Default Judgment Order as a final judgment because:

    a. the claims against Defendant TLC are separate from those to be adjudicated against the other defendants;

    b. the claims already determined against Defendant TLC are such that no appellate court would have to decide the same issues more than once even if there were subsequent appeals; and

    c. equitable considerations favor entry of a final judgment immediately so that Plaintiff can pursue collection efforts on the Judgment against Defendant TLC and avoid the possible removal or transfer of company assets by Defendant TLC prior to the final resolution of the claims to be adjudicated against the other defendants.

DATED this 19th day of April, 2010.

BY THE COURT:

HONORABLE CLARK WADDOUPS
U.S. District Court Judge

I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District court for the District of Utah.
# of pages 2
Date: 4/30/2010
D. MARK JONES, Clerk
By: /s/ Deputy Clerk

G:\Jwm\Madison Real Estate\Vs. Rice Properties Et Al\Order Granting Motion For 54(B) Certification.Doc

2